IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02779-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

ALAN FULTE,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

THIS MATTER comes before the Court on the Stipulation of Dismissal With Prejudice (ECF No. 21).  After carefully reviewing the file in this matter, I find that the stipulation should be approved pursuant to Fed. R. Civ. P. 41(a) and the case should be dismissed with prejudice, each party to bear its own costs.  Accordingly, it is

ORDERED that the Stipulation of Dismissal With Prejudice (ECF No. 21) is **APPROVED.**  Accordingly, all Plaintiff's and Defendant Alan Fulte's claims against each other in this matter are hereby **DISMISSED WITH PREJUDICE**.  Each party shall bear its own attorneys' fees and costs.  This case is closed for administrative purposes.

Dated:   March 12, 2015

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            WILEY Y. DANIEL,
                                            SENIOR UNITED STATES DISTRICT JUDGE